

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAMEL REAMS,

    Plaintiff,

v.                             Civil Action No. 3:15CV272

CORRECT CARE SOLUTION,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 5, 2015, the Court conditionally docketed Ramel Reams's civil action. The May 5, 2015 Memorandum Order warned Reams that the Court would dismiss the action if he failed to keep the Court informed of his current address. By Memorandum Order entered on January 5, 2016, the Court directed Reams to file a particularized complaint. On January 20, 2016, the United States Postal Service returned the January 5, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Reams has not contacted the Court to provide a current address. Ream's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

2

The Clerk is directed to send a copy of this Memorandum Opinion to Reams.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: January 27, 2016
Richmond, Virginia